SEALED

# United States District Court
## NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.   COMPLAINT

JOSHUA SHANE DRONEBARGER   CASE NUMBER: 3-14-MJ-628-BF

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 3 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: On or about September 2, 2014, in the Dallas Division of the Northern District of Texas, Joshua Shane Dronebarger, the defendant, did

> knowingly and intentionally take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Chase Bank, 1838 South Buckner Boulevard, Dallas, Texas, United States currency belonging to and in the care, custody, control, management and possession of Chase Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of 18 U.S.C. § 2113(a).

I further state that I am a(n) <u>Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI)</u> and that this complaint is based on the following facts:

> See attached Affidavit of FBI TFO James L. Thompson, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:  X  Yes  ___  No

_____
JAMES L. THOMPSON
Task Force Officer, FBI
Dallas, Texas

Sworn to before me and subscribed in my presence, on this __3__ day of September, 2014, at Dallas, Texas.

PAUL D. STICKNEY
<u>UNITED STATES MAGISTRATE JUDGE</u>
Name & Title of Judicial Officer      Signature of Judicial Officer

AFFIDAVIT

I, James L. Thompson, am a Dallas Police Officer assigned to the Violent Crime Task Force with the Federal Bureau of Investigation (FBI) and primarily investigate bank robberies and Hobbs Act cases. I have been a Dallas Police officer for 24 years and have been assigned to the task force for eleven months. This affidavit is made in support of a criminal complaint and arrest warrant for Joshua Shane Dronebarger (WM, date of birth xx-xx-1981) for the offense of bank robbery, in violation of 18 U.S.C. § 2113(a). This affidavit is based on my personal knowledge and information provided to me by other law enforcement officers who participated in this investigation. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included all facts known to me concerning this investigation.

Facts

On September 2, 2014, at approximately 9:05 a.m., a white male suspect robbed the Chase Bank located at 1838 South Buckner Boulevard, Dallas, Texas, a location within the Dallas Division of the Northern District of Texas (NDTX). At the time of this robbery, the deposits of Chase Bank were insured by the Federal Deposit Insurance Corporation (FDIC). The Dallas Police Department (DPD) and members of the FBI task force responded to the bank.

J.C., a teller with Chase Bank, was interviewed at the bank. She stated that she was standing behind the teller counter when a white male, who investigators later identified as Joshua Shane Dronebarger, entered the bank, approached the teller counter, and handed her a note. As J.C. was reading the note, Dronebarger told her, "Give me all

the money or I will shoot you!" The note stated, "This is a robbery give me all the money are [sic] I'll shoot!" J.C., being scared and in fear for her life, handed Dronebarger approximately $3,859 in United States currency. J.C. kept the note, and Dronebarger turned and left the bank.

Dronebarger was seen running across Buckner Boulevard and past the Kentucky Fried Chicken (KFC) restaurant at the corner of Buckner Boulevard and Umphress Road. Dronebarger was described as wearing a cream-colored hoodie with stripes, dark jeans, and purple gloves. A witness who was working near the KFC restaurant, observed a subject run past him and into the Briarwood Apartment Complex located at 8002 Umphress Road, Dallas, Texas. The apartment manager also observed a subject running towards the office wearing a light-colored hoodie. As the subject reached the front of the office, he pulled down the hood. The manager recognized the subject as Dronebarger, who resided in apartment #129 and was the only person on the lease.

As DPD patrol officers were surrounding apartment #129, Dronebarger opened the door to the apartment and asked, "What's going on?" Patrol officers, realizing Dronebarger matched the description of the robbery suspect, took him into custody. Officers performed a protective sweep of the apartment and after finding no other person inside, exited the apartment and waited until detectives arrived. Task Force Officer (TFO) Winn and I arrived at the location and spoke to Dronebarger, who gave written consent to search his apartment (#129).

Upon searching Dronebarger's apartment, officers seized a cream-colored hoodie with horizontal stripes and a pair of dark jeans located over the back of a love-seat. On

the seat cushion below the hoodie, officers seized a purple rubber glove. Another purple rubber glove was found in the kitchen. The hoodie, jeans, and two purple rubber gloves were photographed and secured by DPD crime scene. Upon removing the cushions and searching the love-seat, officers found a large amount of currency. This money, along with 24 one-dollar bills found under the bed in the bedroom, was also photographed by DPD crime scene. The total amount of seized currency was $3,868. The money was taken back to the bank and released to the bank manager.

TFO Winn and I subsequently interviewed Dronebarger at DPD headquarters. During the videotaped interview, Dronebarger was given *Miranda* warnings, which he waived and agreed to speak with me. During the interview, Dronebarger stated that he was in his apartment all day. When confronted with reports from witnesses that saw him running through the complex and into his apartment wearing a striped hoodie, Dronebarger stated that he did not know how that could have happened. Dronebarger stated that he is the only person who lives in the apartment but did not know how the clothes on the love seat, the purple gloves, and the currency ended up in his apartment.

[Nothing further on this page.]

## Conclusion

Based on the foregoing facts and circumstances, there is probable cause to believe that on or about September 2, 2014, Joshua Shane Dronebarger (WM, date of birth xx-xx-1981) intentionally and knowingly committed a violation of 18 U.S.C. § 2113(a), that is, bank robbery, for the robbery of Chase Bank, 1838 South Buckner Boulevard, Dallas, Texas, a location within NDTX.

_____
James L. Thompson
Task Force Officer, FBI
Dallas, Texas

Sworn to and subscribed before me this ___3___ day of September, 2014.

_____
Paul D. Stickney
United States Magistrate Judge
Northern District of Texas